NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEELA NORRIS,**
*Petitioner*

**v.**

**DEPARTMENT OF COMMERCE,**
*Respondent*

---

2021-2142

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-19-0724-I-3.

---

## JUDGMENT

---

EJIKE OBINECHE, Obineche Law Firm, LLC, Greenbelt, MD, argued for petitioner.

KARA WESTERCAMP, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, TARA K. HOGAN, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 7, 2022          /s/ Peter R. Marksteiner
        Date              Peter R. Marksteiner
                          Clerk of Court